UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN GROUP U.S.A. HARMONY CITY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CRRC CORPORATION LTD, et al., <br><br> Defendants. | Case No. 17-cv-02191-SK <br><br> **ORDER VACATING HEARING** <br><br> Regarding Docket Nos. 64, 65 |

    Pursuant to Civil Local Rule 7-1(b), the Court finds that the motions to dismiss which have been noticed for hearing on Monday, April 2, 2018 at 9:30 a.m., are appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motions will be taken under submission and decided on the papers.

    **IT IS SO ORDERED**.

Dated: March 19, 2018

_____
SALLIE KIM
United States Magistrate Judge