| | |
|---|---|
| JAMES M. WAGSTAFFE (95535) | ANDREW J. MYTELKA (TX Bar 14767700) |
| wagstaffe@wvbrlaw.com | Lead Counsel |
| FRANK BUSCH (258288) | amytelka@greerherz.com |
| busch@wvbrlaw.com | JOSEPH A.C. FULCHER (TX Bar 07509320) |
| **WAGSTAFFE, VON LOEWENFELDT BUSCH & RADWICK LLP** | jfulcher@greerherz.com |
| 100 Pine Street, Suite 725 | JOSEPH RUSSO (TX Bar 24002879) |
| San Francisco, CA 94111 | jrusso@greerherz.com |
| Telephone: (415) 357-8900 | J. SCOTT ANDREWS (TX Bar 24064823) |
| | jandrews@greerherz.com |
| GREGORY S. SMITH (DC Bar 472802) | **GREER, HERZ & ADAMS, L.L.P.** |
| gregsmithlaw@verizon.net | One Moody Plaza, 18th Floor |
| **Law Offices of Gregory S. Smith** | Galveston, TX 77550 |
| 913 East Capitol Street, S.E. | Telephone: (409) 797-3200 |
| Washington, D.C. 20003 | Fax: (866) 422-3266 |
| Telephone: (202) 460-3381 | *All Admitted Pro Hac Vice* |
| *Admitted Pro Hac Vice* | |

Attorneys for Plaintiff
SUN GROUP U.S.A. HARMONY CITY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUN GROUP U.S.A. HARMONY CITY, INC., | No. 3:17-cv-02191-SK |
| Plaintiff, | **FURTHER CASE MANAGEMENT STATEMENT** |
| v. | |
| CRRC CORPORATION LTD, Defendant. | Hearing Date: July 20, 2020 at 1:30 pm |
| | Crtrm: C, 15th Floor |
| | **Judge: Magistrate Sallie Kim** |
| | **Trial Date: April 27, 2021** |

JOINT CMC STATEMENT

The parties to the above-entitled action submit this further JOINT CASE MANAGEMENT STATEMENT pursuant to the *Standing Order for All Judges of the Northern District of California*, Civil Local Rule 16-10(d), and the Court's April 13, 2020 order regarding a further case management statement and a status conference (ECF No. 163).

## I. JOINT STATEMENT REGARDING CASE SCHEDULE

As the Court is aware, fact discovery in this matter is currently set to close on September 11, 2020 and subsequent deadlines have been set in accordance with the Court's ordinary schedule. These deadlines were set on June 24, 2019, at a time when CRRC's motion regarding Hague Convention discovery was not yet filed. At the time, the Court made express reference to the likelihood that the discovery deadline would need to be modified if Sun Group was ordered to serve discovery through the Hague Convention. It is Sun Group's understanding that the Chinese Ministry of Justice may take as long as a year to process its request, which was submitted promptly after the Court issued its Letter of Request on May 18, 2020.

Both because Sun Group has so far been unable to obtain discovery from CRRC and because the COVID pandemic has delayed third-party discovery, the Parties have agreed that the close of fact discovery should be continued. Based upon Sun Group's belief that its request may not be processed until May of 2021, the Parties have further agreed to continue the close of fact discovery from September 11, 2020 to September 10, 2021. Based upon the Court's prior statements, the Parties further agree that all subsequent case deadlines should be set pursuant to the Court's default schedule running from the new close of fact discovery.

Although the Parties would have no objection to the Court ordering these dates pursuant to this Joint Case Management Statement, they are willing to prepare any stipulations or other documents that may assist the Court.

## II. UPDATE ON DISCOVERY AND OTHER MATTERS

*CRRC Discovery*

With the Court's assistance, a Letter of Request was issued on May 18, 2020 and promptly submitted to the appropriate Chinese authorities. As of the date of filing of this Case Management Statement, the official status of that request posted online is: "[t]he case has been

1  transferred to the Supreme People's Court for further processing.  Please wait patiently for the
2  result."
3     In addition, on July 7, 2020, a representative of the Chinese Ministry of Justice contacted
4  Sun Group to request more detailed contact information for CRRC.  Sun Group notified counsel
5  for CRRC of the request the same day.  CRRC has requested and received clarifying information
6  from Sun Group, and while it has not yet provided the requested contact information, CRRC will
7  promptly do so.

### *Third-Party Discovery*

Sun Group has worked diligently to obtain evidence from third parties.

Sun Group's motion to compel CRRC's alleged alter ego CRRC MA to comply with its subpoena was granted by the United States District Court for the District of Massachusetts on May 22, 2020 (Case No. 1:20-mc-91145-FDS, ECF No. 21).  CRRC MA has been ordered to complete production on or before July 15, 2020.  Sun Group has not been informed that CRRC MA will not comply with that order, though production is not complete as of the date of this filing.

Sun Group has also conducted other investigations to identify third parties with relevant information.  On February 26, 2020, Sun Group served Sojitz Corporation of American ("Sojitz") with a subpoena for the production of documents related to the assistance Sojitz provided to the CRRC entities related to the MBTA contract. Sojitz has produced approximately 52,000 pages of documents in response and has informed Sun Group that its production is now complete.

Finally, Sun Group plans to subpoena CRRC North America for a deposition and it is Sun Group's understanding that CRRC will accept service of the subpoena on behalf of CRRC North America.  However, give the current global COVID-19 pandemic, Sun Group is waiting until a later date to serve the CRRC North America subpoena.

### *Other Matters*

In view of the COVID-19 Pandemic, the Parties have not scheduled a mediation.

1  Date: July 13, 2020                    **BAKER & MCKENZIE LLP**

2

3                                         By: /s/_____
                                              TERESA H. MICHAUD
4                                             Attorneys for Defendant
                                              CRRC CORPORATION LTD.
5

6                                             Teresa H. Michaud (296329)
                                                teresa.michaud@bakermckenzie.com
7
                                              **BAKER & MCKENZIE LLP**
8                                             1901 Avenue of the Stars, Suite 950
                                              Los Angeles, California  90067
9                                             Telephone: 310.201.4728
                                              Facsimile:  310.201.4721
10
                                              Colin H. Murray (159142)
11                                              colin.murray@bakermckenzie.com
                                              Alexander G. Davis (287840)
12                                              alexander.davis@bakermckenzie.com
                                              Anne M. Kelts (298710)
13                                              anne.kelts@bakermckenzie.com

14                                            **BAKER & McKENZIE LLP**
                                              Two Embarcadero Center, 11th Floor
15                                            San Francisco, CA  94111-3802
                                              Telephone: 415.576.3000
16                                            Facsimile:  415.576.3099

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -
JOINT CMC STATEMENT

Date:   July 13, 2020                    **GREER, HERZ & ADAMS, L.L.P.**


By: /s/_____
      ANDREW J. MYTELKA
      Attorneys for Plaintiff,
      SUN GROUP U.S.A. HARMONY CITY, INC.

      Andrew J. Mytelka (TX Bar 14767700)
      Joseph A.C. Fulcher (TX Bar 07509320)
      Joseph Russo (TX Bar 24002879)
      J. Scott Andrews (TX Bar 24064823)
      **GREER, HERZ & ADAMS, L.L.P.**
      One Moody Plaza, 18th Floor
      Galveston, TX  77550
      Telephone:     (409) 797-3200
      Fax:               (866) 422-3266
      *All Admitted Pro Hac Vice*


      Gregory S. Smith (DC Bar 472802)
      **LAW OFFICES OF GREGORY S. SMITH**
      Law Offices of Gregory S. Smith
      913 East Capitol Street, S.E.
      Washington, D.C.  20003
      Telephone:     (202) 460-3381
      Facsimile:     (202) 330-5229
      *Admitted Pro Hac Vice*

      James M. Wagstaff (95535)
      Frank Busch (258288)
      **WAGSTAFFE, VON LOEWENFELDT,**
      **BUSCH & RADWICK LLP**
      100 Pine Street, Suite 725
      San Francisco, CA  94111
      Telephone: 415.357.8900
      Facsimile:  415.357.8910

**FILER'S ATTESTATION OF CONCURRENCE**

I, Frank Busch, pursuant to Local Rule 5-1(i), attest that I am counsel for Plaintiff Sun Group U.S.A. Harmony City, Inc. As the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.

Date:   July 13, 2020                    **WAGSTAFFE, VON LOEWENFELDT,**
                                         **BUSCH & RADWICK LLP**

                                         By: /s/
                                             FRANK BUSCH
                                             Attorney for Plaintiff
                                             SUN GROUP U.S.A. HARMONY CITY, INC.