UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN GROUP U.S.A. HARMONY CITY, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CRRC CORPORATION LTD,<br><br>　　　　　Defendant. | Case No. 17-cv-02191-SK<br><br>**AMENDED ORDER ON DISCOVERY DISPUTE ON DOCUMENT CUSTODIANS**<br><br>Regarding Docket No. 183 |

Upon review of the parties' joint letter brief and their further briefing, the Court orders as follows. The Court GRANTS IN PART and DENIES IN PART Plaintiff's request to compel a further search from certain proposed custodians. Defendant shall search for documents from the following custodians: (1) Xi Guohua, (2) Huang Liewei, (3) Zhang Anying, (4) Lu Xiwei, (5) Zhen Dawei, (6) Bo Jia, (7) Zhou Chuanhe, (8) Li Guangwei, and (9) Chang Lei. The Court DENIES Plaintiff's request as to the remainder of the proposed custodians.

**IT IS SO ORDERED**.

Dated: July 2, 2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　SALLIE KIM
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge