UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUN GROUP U.S.A. HARMONY CITY, INC.,

Plaintiff,

v.

CRRC CORPORATION LTD,

Defendant.

Case No. 17-cv-02191-SK

**ORDER DENYING PLAINTIFF'S REQUEST TO COMPEL FURTHER SEARCH**

Regarding Docket No. 195

The Court has reviewed the parties joint letter addressing their discovery dispute filed on August 16, 2021.  The Court DENIES Plaintiff's request to compel a further search for documents from the custodians.

**IT IS SO ORDERED**.

Dated: September 1, 2021

SALLIE KIM
United States Magistrate Judge