UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN GROUP U.S.A. HARMONY CITY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CRRC CORPORATION LTD, <br><br> Defendant. | Case No. 17-cv-02191-SK <br><br> **ORDER ON DISCOVERY DISPUTE REGARDING DEPOSITION** <br><br> Regarding Docket No. 196 |

Now before the Court is the discovery dispute regarding Plaintiffs' attempts to conduct a deposition pursuant to Federal Rule of Civil Procedure 30(b)(6). Plaintiff Sun Group U.S.A. Harmony City, Inc. moves to compel a deposition of Defendant CRRC Corporation Ltd., even though Defendant claims that the individuals most knowledgeable about the topics listed in the Rule 30(b)(6) deposition reside in China. Defendant argues that, because China prohibits depositions for use in foreign courts. Defendant proposes that Plaintiff take depositions of Defendant's employees in China through the Hague Convention's processes. The Court DENIES the motion WITHOUT PREJUDICE. If Plaintiff is unable to take the deposition through the current process set forth in the Hague Convention or if the process yields results that are substantially inferior in such a way that Plaintiff can show prejudice, Plaintiff may renew the motion.

**IT IS SO ORDERED**.

Dated: September 9, 2021

_/s/ Sallie Kim_
SALLIE KIM
United States Magistrate Judge