UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN GROUP U.S.A. HARMONY CITY, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CRRC CORPORATION LTD,<br><br>　　　　　Defendant. | Case No. 17-cv-02191-SK<br><br>**ORDER REGARDING LETTER**<br><br>Regarding Docket No. 207 |

By no later than November 24, 2021, the Court HEREBY ORDERS the parties to meet and confer by video conference regarding Plaintiff's requested Hague Convention discovery request and Defendant's objections. The parties shall then file a joint letter with Plaintiff's revised requested letter and any outstanding objections if the parties are unable to resolve their dispute. The Court DENIES Plaintiff's administrative request without prejudice to resubmitting another request for a letter after meeting and conferring with Defendant.

**IT IS SO ORDERED**.

Dated: November 17, 2021

_____
SALLIE KIM
United States Magistrate Judge