UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN GROUP U.S.A. HARMONY CITY, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>CRRC CORPORATION LTD,<br><br>  Defendant. | Case No. 17-cv-02191-SK<br><br>**ORDER REGARDING HAGUE DISCOVERY DISPUTE**<br><br>Regarding Docket No. 215 |

On January 3, 2022, the parties filed a joint statement regarding Plaintiff's Hague discovery request and Defendant's objections. As stated at the Case Management Conference, the Court is treating the statement as a joint letter brief. The Court RULES as follows:

Plaintiff Sun Group U.S.A. Harmony City, Inc. ("Plaintiff") can depose Defendant CRRC Corporation Ltd. ("Defendant") in the upcoming deposition pursuant to Federal Rule of Civil Procedure 30(b)(6) on topics 7, 15, 18, 21, 23, 24, 25, 27, 30, 31, 39 and 42 but not on topic 28.

**IT IS SO ORDERED**.

Dated: January 4, 2022

_____
SALLIE KIM
United States Magistrate Judge